```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 17814
    RANDAL J HENDEE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-0413
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/10/08 .

    2.  The case was dismissed without confirmation, 09/12/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DUPAGE CREDIT UNION | CURRENT MORTG | .00 | .00 | .00 |
| DUPAGE CREDIT UNION | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | SECURED | .00 | .00 | .00 |
| DUPAGE CREDIT UNION | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $          .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 12/18/08                    /S/
                                       GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 17814 RANDAL J HENDEE